DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEX A. FLORENZAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2041

[April 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Coates, Jr., Judge; L.T. Case No. 50-2012-CF-010797-AXXXX-MB

Brian Balaguera of The Balaguera Law Firm, P.A., West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***